

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00017-CV

**IN RE CONTRACT FREIGHTERS, INC**. d/b/a CFI, and Randall Scott Folks, Relators

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: February 3, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus, but only when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists" *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CVA-001648D3, styled *Jimmy McPherson and Paula McPherson v. Contract Freighters, Inc. d/b/a CFI, and Randall Scott Folks*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.